UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GORDON MCGILL,

        Plaintiff,

  - against -

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.
------------------------------------------------------------------X

**JUDGMENT**
16-CV-4970 (RRM) (PK)

A Memorandum and Order of the undersigned having been issued this day, granting in part the Commissioner's motion for judgment on the pleadings, and granting McGill's motion to remand the case for further proceedings, it is hereby

ORDERED, ADJUDGED and DECREED that this action is remanded to the Commissioner consistent with this Court's Memorandum and Order; and specifically, the Administrative Law Judge shall:

(1) consider the mental demands of McGill's past relevant work in assessing McGill's residual functional capacity, including whether it should include a low-stress limitation; and

(2) in the event that the Administrative Law Judge finds that McGill cannot return to his past work, the ALJ shall consider whether McGill can engage in any other kind of substantial gainful work that exists in significant numbers in the national economy.

        SO ORDERED.

Dated: Brooklyn, New York
      March 16, 2018

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge